IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ANTHONY W. CAPSEL, #L6064**                            **PLAINTIFF**

**VERSUS**                      **CIVIL ACTION NO.5:05cv142DCB-JCS**

**WILKINSON COUNTY CORRECTIONAL FACILITY, et al.**      **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 29th day of November, 2005.

                                                       S/DAVID BRAMLETTE
                                                       UNITED STATES DISTRICT JUDGE